# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DUBOC KIMBELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. STEPHEN BENNER, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-4767 FMO (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including Plaintiff's Request to Proceed In Forma Pauperis, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

1    IT IS ORDERED that Plaintiff's Second Amended Complaint is
2 dismissed, and Judgment shall be entered dismissing this action
3 with prejudice.

5    IT IS FURTHER ORDERED that the Clerk serve copies of this
6 Order and the Judgment herein on Plaintiff at his current address
7 of record.

9    LET JUDGMENT BE ENTERED ACCORDINGLY.

11 DATED: July 17, 2018

                                        _____/s/_____
                                        FERNANDO M. OLGUIN
                                        UNITED STATES DISTRICT JUDGE