**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN DUBOC KIMBELL,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. STEPHEN BENNER, et al.,<br><br>  Defendants. | Case No. CV 17-4767 FMO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 17, 2018

                                      /S/
                              FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE